UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BRIGGS,

Petitioner,

v.

STATE OF CALIFORNIA,

Respondent.

No. 2:15-cv-0637 DAD P

ORDER

Petitioner, a state prisoner at Correctional Training Facility, has filed a brief motion for a stay and abeyance with the court in which he represents that eight months ago he filed a petition for writ of habeas corpus in the Monterey County Superior Court challenging a Board of Parole Hearings' decision. Petitioner has not filed any other pleadings with this court.

In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, the court will deny petitioner's motion without prejudice. The court will provide petitioner with the opportunity to file his petition and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In addition, the court notes that if petitioner seeks to challenge a decision by the Board of Parole Hearings, the proper forum to challenge the decision is the district where he is confined. Petitioner is incarcerated at Correctional Training Facility in Monterey County, which lies in the Northern District of California. If petitioner is challenging a parole decision, he may file a motion to voluntarily dismiss this action and file his petition and application requesting leave to proceed in forma pauperis or the filing fee with the Northern District.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a stay and abeyance (Doc. No. 1) is denied without prejudice;

2. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case. Petitioner shall also submit, within thirty days of the date of service of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Alternatively, petitioner may move to voluntarily dismiss this action and file his petition and application requesting leave to proceed in forma pauperis or the filing fee with the Northern District of California. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus and the application to proceed in forma pauperis by a prisoner.

Dated: March 27, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
brig0637.nopetition